**EXHIBIT 2:** INFRINGEMENT

URL: https://www.instagram.com/p/Cvzo9rGtx9W?img_index=1

